UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 94-CR-00201-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANITA LOUISE DOLEN

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the *pro se* Defendant's Motion for Decree of Forfeiture, filed May 5, 1995 [#52] and the Government's response.

In October 1994, the Defendant pled guilty to one count of unlawful manufacture by cultivation of more than 100 marijuana plants, in violation of 21 U.S.C. §841(a)(1). She was sentenced to 46 months of imprisonment and 3 years of supervised release. She served her term of imprisonment and was released from the custody of the Federal Bureau of Prisons in June 1996.

In 1993, before the Defendant was indicted, law enforcement officers executed a search warrant at her residence. In such execution, officers seized $3,008.00 and multiple marijuana plants. Now before the Court is the Defendant's motion for the Court to provide her with a copy of the Government's declaration of forfeiture for the currency. The Government responded, stating that it provided the requested declaration to the Defendant. The Government also attached a copy of the declaration to its brief, thereby making the document a part of the public record, accessible to the Defendant. The Court therefore

considers the Defendant's request granted and can provide no further relief.

Therefore, it is hereby

ORDERED that the Defendant's Motion for Decree of Forfeiture [#52] is **DENIED AS MOOT.**

Dated: June 15, 2010

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE